EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 6 2004

at _____ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICHAEL LEE HOPKINS, )<br><br>Defendant. ) | CR. NO. **CR**04**-**00381 HG<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1)<br>  and 924(a)(2) |

## INDICTMENT

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about September 24, 2004, in the District of
Hawaii, the defendant MICHAEL LEE HOPKINS, having been previously
convicted of a crime punishable by imprisonment for a term
exceeding one year, did knowingly possess in and affecting
commerce ammunition, to wit, 48 rounds of .45 caliber ammunition
manufactured by "CCI" outside the State of Hawaii and transported
at some earlier point in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: _Oct. 6, 2004_, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. Michael Lee Hopkins,
Cr. No.        (Indictment)

2