# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR04-00381HG

CASE NAME:       USA v. Michael Lee Hopkins

ATTYS FOR PLA:   Marshall Silverberg

ATTYS FOR DEFT:  Donna Gray

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:   FTR C5

DATE:     2/23/2006                  TIME:       10:31-10:41:25am

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked - defendant present, not in custody.

Defendant admits to the 4 violations.

Ms. Byrne requests that defendant remain in residence/treatment at Veteran's Program at Kalaeloa until the 4/6/06 sentence date before Judge Gillmor.

Government urges the court to revoke defendant's bail

Based upon defendant's admission to the violations, the court revokes defendant's pretrial release.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager